# United States Court of Appeals
## For the First Circuit

No. 09-2472

UNITED STATES OF AMERICA,

Appellee,

v.

MICHAEL A. BERK,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on July 27, 2011 is amended as follows:

On Page 15, footnote 7, line 7, "it an was error" should read "it was an error."